IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FREDERICKA NELLON,
JARED CHARLAP,

   Plaintiffs,

    v.

NUTTZO LLC,

   Defendant.

21cv1745
**LEAD CASE**

DOMINICK PETRILLO,
JARED CHARLAP,

   Plaintiffs,

    v.

STEWART-MACDONALD
MANUFACTURING COMPANY,

   Defendant.

21cv1748
MEMBER CASE

TOM BROWN,
ERNEST MCCULLOUGH,

   Plaintiffs,

    v.

CHICAGO MUSIC EXCHANGE, LLC,

   Defendant.

21cv1749
MEMBER CASE

1

FRANK FACIO and
JARED CHARLAP,

        Plaintiffs,

            v.

SWINGRAIL LLC,

        Defendant.

21cv1753
MEMBER CASE

MARK GROSS, TOM BROWN,

        Plaintiffs,

            v.

LIFEAID BEVERAGE CO.,

        Defendant.

21cv1760
MEMBER CASE

ERICK GATHERS, TOM BROWN,

        Plaintiffs,

            v.

QSC LLC,

        Defendant.

21cv1763
MEMBER CASE

ERICK GATHERS, JARED CHARLAP,

       Plaintiffs,

             v.

AVEDIS ZILDJIAN CO doing business as VIC FIRTH,

       Defendant.

21cv1765
MEMBER CASE

---

MARK GROSS and
TOM BROWN,

       Plaintiffs,

           v.

QUALLIS BRANDS, LLC, doing business as SCOTCH PORTER

       Defendant.

21cv1779
MEMBER CASE

---

TOM BROWN,
FREDERICKA NELLON,

       Plaintiffs,

           v.

YOGIBO, LLC,

       Defendant.

21cv1780
MEMBER CASE

JARED CHARLAP,
DOMINICK PETRILLO,

        Plaintiffs,

        v.

LOUD AUDIO, LLC
*doing business as*
MACKIE,

        Defendant.

21cv1785
MEMBER CASE

_____

JARED CHARLAP,
TRACEY SINKOVIC,

        Plaintiffs,

        v.

BREEO, LLC,

        Defendant.

21cv1786
MEMBER CASE

_____

JOE HAMILTON, TOM BROWN,

        Plaintiffs,

        v.

PRS GUITARS JAPAN HOLDINGS
LLC,

        Defendant.

21cv1811
MEMBER CASE

_____

TRACY SINKOVIC, ET AL.,

        Plaintiffs,                          21cv1819
                                                MEMBER CASE

              v.

IDEA NEST, LLC,

        Defendant.

---

CHRISTELLA GARCIA,
KAREN CLARK,

        Plaintiffs,                      1:21cv332 Erie
                                                MEMBER CASE

              v.

AUDIX CORPORATION

        Defendant.

---

RUKIYA WHITE, KAREN CLARK,

        Plaintiffs,                      1:21cv336 Erie
                                                MEMBER CASE

              v.

OTRIUM LLC,

        Defendant.

---

ADRIENNE BEATTY,
KAREN CLARK,

        Plaintiffs,                      1:21cv0338 Erie
                                                MEMBER CASE

              v.

KETO CHOW, LLC,

        Defendant.

---

PARADISE MORGAN,
KAREN CLARK,

      Plaintiffs,

      v.

VIOLET GREY, INC.,

      Defendant.

1:21cv0339 Erie
MEMBER CASE

---

SOFIA MONTANO, KAREN CLARK,

      Plaintiffs,

      v.

WITHINGS INC.,

      Defendant.

21cv0345 Erie
MEMBER CASE

---

ANTOINETTE SUCHENKO,
KAREN CLARK,

      Plaintiffs,

      v.

B.C. RICH, LLC,

      Defendant.

21cv0346 Erie
MEMBER CASE

---

KAREN CLARK and
ANTOINETTE SUCHENKO,

      Plaintiffs,

      v.

ANCIENT NUTRITION, LLC,
      Defendant.

21cv0347 Erie
MEMBER CASE

## <u>CONSOLIDATION ORDER OF COURT</u>

IT IS HEREBY ORDERED that the parties shall proceed as follows:

1.      Civil Action Nos. 21-1748, 21-1749, 21-1753, 21-1760, 21-1763, 21-1765, 21-1779, 21-1780, 21-1785, 21-1786, 21-1811, 21-1819, 21-332E, 21-336E, 21-338E, 21-339E, 21-345E, 21-346E, and 21-347E are hereby consolidated with **Civil Action No. 2:21-cv-1745**, the lead case as captioned above.

2.      All pleading, motions, and other papers hereafter filed shall be filed at **Civil Action No. 2:21-cv-1745.**

3.      The Clerk of Court shall **close** Civil Action Nos. 21-1748, 21-1749, 21-1753, 21-1760, 21-1763, 21-1765, 21-1779, 21-1780, 21-1785, 21-1786, 21-1811, 21-1819, 21-332E, 21-336E, 21-338E, 21-339E, 21-345E, 21-346E, and 21-347E

            **SO ORDERED** this 22nd day of December, 2021.

            s/Arthur J. Schwab
            Arthur J. Schwab
            United States District Judge