IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENSYLVANIA

| | |
|---|---|
| FREDERICKA NELLON AND JARED CHARLAP,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>NUTTZO LLC,<br><br>　　　　　　Defendant. | Civil Action No. 2:21-cv-01745<br><br>Lead Case |
| ERICK GATHERS AND TOM BROWN,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>QSC LLC,<br><br>　　　　　　Defendant. | Civil Action No.: 2:21-cv-1763<br><br>Member Case |

**NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)**

1.　Whereas Plaintiffs Erick Gathers and Tom Brown filed the above-referenced case against Defendant QSC LLC on December 3, 2021.

2.　Whereas Defendant has not yet answered Plaintiffs' Complaint, and thus dismissal is appropriate without Court order, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i).

3.　Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiffs hereby dismiss the Complaint with prejudice.

*Signature below.*

Dated: January 27, 2022                     Respectfully submitted,

/s/ Benjamin J. Sweet
NYE, STIRLING, HALE & MILLER, LLP
1145 Bower Hill Road, Suite 104
Pittsburgh, Pennsylvania 15243
Tel: 412-857-5350
ben@nshmlaw.com

*Attorneys for Plaintiffs Erick Gathers and Tom Brown*

## **CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 27th day of January, 2022.

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet

,