# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREDERICKA NELLON AND JARED CHARLAP,<br><br>    Plaintiffs,<br><br> v.<br><br>NUTTZO LLC,<br><br>    Defendant. | Civil Action No. 2:21-cv-1745<br><br>Lead Case |
| TOM BROWN AND FREDERICKA NELLON,<br><br>    Plaintiffs,<br><br> v.<br><br>YOGIBO, LLC<br><br>    Defendant. | Civil Action No.: 2:21-cv-1780<br><br>Member Case |

## NOTICE OF SETTLEMENT

  Plaintiffs, Tom Brown and Fredericka Nellon, through their undersigned counsel, hereby advise this Honorable Court they have reached an agreement in principle with Defendant Yogibo, LLC.

  Dated: February 4, 2022   Respectfully submitted,

                /s/ Benjamin J. Sweet
                NYE, STIRLING, HALE & MILLER, LLP
                1145 Bower Hill Road, Suite 104
                Pittsburgh, Pennsylvania 15243

                *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 4th day of February, 2022.

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet

,