IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREDERICKA NELLON, JARED CHARLAP,<br><br>  Plaintiffs,<br>v.<br>NUTTZO LLC,<br><br>  Defendant. | Lead Case No. 21-CV-1745 |
| JOE HAMILTON and TOM BROWN,<br><br>  Plaintiffs,<br>v.<br>PRS GUITARS JAPAN HOLDINGS, LLC ,<br><br>  Defendant. | Member Case No. 2:21-CV-1811 |

## JOINT STIPULATION OF DISMISSAL

Plaintiffs Joe Hamilton and Tom Brown and Defendant PRS Guitars Japan Holdings LLC, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), hereby stipulate that the Complaint in the above-captioned case be dismissed with prejudice.  Each party is to bear their own costs, including attorneys' fees.

Respectfully Submitted on March 18, 2022,

*/s/ Benjamin J. Sweet (w/ permission)*
Benjamin J. Sweet
NYE, STIRLING, HALE & MILLER, LLP
1145 Bower Hill Road, Suite 104
Pittsburgh, PA 15243
Email: ben@nshmlaw.com
Tel: 412-857-5350

*Attorneys for Plaintiffs*

*/s/  Michael D. Glass*
Michael D. Glass (PA ID No. 34431)
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P,C.
One PPG Place - Suite 1900
Pittsburgh, PA 15222
Email:  michael.glass@ogletree.com
Tel:  412-394-3340

*Attorneys for Defendant PRS Guitars Japan Holdings, LLC*