# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREDERICKA NELLON AND JARED CHARLAP,<br><br>Plaintiffs,<br><br>v.<br><br>NUTTZO LLC,<br><br>Defendant. | Civil Action No. 2:21-cv-01745<br><br>Lead Case |
| ERICK GATHERS AND JARED CHARLAP,<br><br>Plaintiffs,<br><br>v.<br><br>AVEDIS ZILDJIAN CO dba VIC FIRTH,<br><br>Defendant. | Civil Action No.: 2:21-cv-1765<br><br>Member Case |

## NOTICE OF SETTLEMENT

Plaintiffs, through their undersigned counsel, hereby advise this Honorable Court that they have reached an agreement in principle with Defendant Avedis Zildjian Co. dba Vic Firth. The parties are finalizing the settlement documents and expect to file a dismissal within 45 days.

Dated: March 24, 2022     Respectfully submitted,

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet
NYE, STIRLING, HALE & MILLER, LLP
1145 Bower Hill Road, Suite 104
Pittsburgh, Pennsylvania 15243

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 24th day of March, 2022.

                                              */s/ Benjamin J. Sweet*
                                                  Benjamin J. Sweet