IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREDERICKA NELLON AND JARED CHARLAP,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>NUTTZO LLC,<br><br>　　　　　Defendant. | Civil Action No. 2:21-cv-01745<br><br>Lead Case |
| ERICK GATHERS AND JARED CHARLAP,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>AVEDIS ZILDJIAN CO dba VIC FIRTH,<br><br>　　　　　Defendant. | Civil Action No.: 2:21-cv-1765<br>Member Case |

**NOTICE OF SETTLEMENT**

　　　Plaintiffs, through their undersigned counsel, hereby advise this Honorable Court that they have reached an agreement in principle with Defendant Avedis Zildjian Co. dba Vic Firth. The parties are finalizing the settlement documents and expect to file a dismissal within 45 days.

Dated: March 24, 2022　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　*/s/ Benjamin J. Sweet*
　　　　　　　　　　　　　　　　　Benjamin J. Sweet
　　　　　　　　　　　　　　　　　NYE, STIRLING, HALE & MILLER, LLP
　　　　　　　　　　　　　　　　　1145 Bower Hill Road, Suite 104
　　　　　　　　　　　　　　　　　Pittsburgh, Pennsylvania 15243
　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*


　　　　　　　　　　　SO ORDERED, this 25th day of March, 2022

　　　　　　　　　　　s/ Arthur J. Schwab
　　　　　　　　　　　Arthur J. Schwab
　　　　　　　　　　　United States District Court Judge

cc:  All ECF Counsel of Record