IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREDERICKA NELLON AND JARED CHARLAP,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>NUTTZO LLC,<br><br>　　　　　Defendant. | Civil Action No. 2:21-cv-1745<br><br>Lead Case |
| DOMINICK PETRILLO AND JARED CHARLAP,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>STEWART-MACDONALD MANUFACTURING COMPANY,<br><br>　　　　　Defendant. | Civil Action No.: 2:21-cv-1748<br><br>Member Case |

**NOTICE OF SETTLEMENT**

　　　Plaintiffs, through undersigned counsel, hereby advise this Honorable Court that they have reached an agreement in principle with Defendant Stewart-MacDonald Manufacturing Company. The parties are finalizing the settlement and expect to file a dismissal within 45 days.

Dated: March 28, 2022　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Benjamin J. Sweet*
　　　　　　　　　　　　　　　　　　Benjamin J. Sweet
　　　　　　　　　　　　　　　　　　NYE, STIRLING, HALE & MILLER, LLP
　　　　　　　　　　　　　　　　　　1145 Bower Hill Road, Suite 104
　　　　　　　　　　　　　　　　　　Pittsburgh, Pennsylvania 15243

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 28th day of March, 2022.

                                                          */s/ Benjamin J. Sweet*
                                                           Benjamin J. Sweet