IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREDERICKA NELLON AND JARED CHARLAP,<br><br>              Plaintiffs,<br>    v.<br><br>NUTTZO, LLC,<br><br>              Defendant. | Civil Action No. 2:21-cv-1745<br>LEAD CASE |
| JARED CHARLAP AND TRACEY SINKOVIC,<br><br>              Plaintiffs,<br>    v.<br><br>BREEO, LLC,<br><br>             Defendant. | Civil Action No. 2:21-cv-01786<br>MEMBER CASE |

**STIPULATION FOR DISMISSAL**

Plaintiffs, JARED CHARLAP and TRACEY SINKOVIC, and Defendant, BREEO, LLC, by and through their undersigned counsel, hereby stipulate that this action shall be DISMISSED, with prejudice, as between all parties, and, each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: April 4, 2022

NYE STIRLING, HALE &
MILLER, LLP

By: _/s/ Benjamin J. Sweet_
Benjamin J. Sweet, Esq.
1145 Bower Hill Road, Suite 104
Pittsburgh, Pennsylvania 15243
Telephone: (412) 857-5350

*Attorneys for Plaintiffs*

BARLEY SNYDER

By: _/s/ Matthew Hennesy_
Matthew Hennesy Esq.
126 East King Street
Lancaster, Pennsylvania 17602
Telephone: (717) 299-5201

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 4th day of April, 2022.

/s/ Benjamin J. Sweet
Benjamin J. Sweet
