## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREDERICKA NELLON AND JARED CHARLAP,<br><br>        Plaintiffs,<br>  v.<br><br>NUTTZO, LLC<br><br>        Defendant. | Civil Action No. 2:21- cv-1745<br>LEAD CASE |
| ANTOINETTE SUCHENKO AND KAREN CLARK,<br><br>        Plaintiffs,<br>  v.<br><br>B.C. RICH, LLC<br><br>        Defendant. | Civil Action No. 1:21- cv-346<br>MEMBER CASE |

## STIPULATION FOR DISMISSAL

Plaintiffs, ANTOINETTE SUCHENKO AND KAREN CLARK, and Defendant, B.C. RICH, LLC, by and through their undersigned counsel, hereby stipulate that this action shall be DISMISSED, with prejudice, as between all parties, and, each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: April 5, 2022

*[SIGNATURES BELOW]*

-2-

| | |
|---|---|
| NYE STIRLING, HALE & MILLER, LLP | Q1, LLC/ QUALITY ONE WIRELESS |
| By:  */s/  Benjamin J. Sweet*<br>Benjamin J. Sweet, Esq.<br>1145 Bower Hill Road, Suite 104<br>Pittsburgh, Pennsylvania 15243<br>Telephone: (412) 857-5350 | By*:  /s/ Heather M. Meglino*<br>Heather M. Meglino, Esq.<br>7651 Southland Blvd<br>Orlando, FL 32809<br>Telephone: (407) 856-2712 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

-3-

## CERTIFICATE OF SERVICE

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 5th day of April, 2022.

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet
