**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| FREDRICKA NELLON AND JARED CHARLAP,<br><br>                    Plaintiffs,<br><br>     v.<br><br>NUTTZO, LLC,<br><br>               Defendant. | Civil Action No. 2:21-cv-1745<br>LEAD CASE |
| DOMINICK PETRILLO AND JARED CHARLAP,<br><br>                    Plaintiffs,<br><br>     v.<br><br>STEWART-MACDONALD MANUFACTURING COMPANY,<br><br>               Defendant. | Civil Action No. 2:21-cv-1748<br>MEMBER CASE |

**<u>STIPULATION FOR DISMISSAL</u>**

Plaintiffs, DOMINICK PETRILLO and JARED CHARLAP, and Defendant, STEWART-MACDONALD MANUFACTURING COMPANY, by and through their undersigned counsel, hereby stipulate that this action shall be DISMISSED, with prejudice, as between all parties, and, each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: April 7, 2022

*[SIGNATURES BELOW]*

NYE STIRLING, HALE &
MILLER, LLP

By:  /s/ Benjamin J. Sweet
Benjamin J. Sweet, Esq.
1145 Bower Hill Road, Suite 104
Pittsburgh, Pennsylvania 15243
Telephone: (412) 857-5350

*Attorneys for Plaintiffs*

PORTER WRIGHT MORRIS &
ARTHUR, LLP

By:  /s/ David I. Kelch
David I. Kelch, Esq.
PA ID No. 313692
Porter Wright Morris & Arthur, LLP
6 PPG Place, Third Floor,
Pittsburgh, PA 15222
412-235-4500
dkelch@porterwright.com

*Counsel for Defendant Stewart-MacDonald Manufacturing Company*

**CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 7th day of April, 2022.

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet
