IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREDRICKA NELLON AND JARED CHARLAP,<br><br>        Plaintiffs,<br>   v.<br><br>NUTTZO, LLC<br><br>        Defendant. | Civil Action No. 2:21-cv-1745<br>LEAD CASE |
| TRACY SINKOVIC AND JARED CHARLAP,<br><br>        Plaintiffs,<br><br>   v.<br><br>IDEA NEST, LLC dba FAMOUS IN REAL LIFE<br><br>        Defendant. | Civil Action No. 2:21-cv-1819<br>MEMBER CASE |

**STIPULATION FOR DISMISSAL**

Plaintiffs, TRACY SINKOVIC and JARED CHARLAP, and Defendant, IDEA NEST, LLC, by and through their undersigned counsel, hereby stipulate that this action shall be DISMISSED, with prejudice, as between all parties, and, each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Dated: April 15, 2022

                                                                *[SIGNATURES BELOW]*

-2-

| | |
|---|---|
| NYE STIRLING, HALE & MILLER, LLP | IDEA NEST, LLC |
| By:  */s/  Benjamin J. Sweet* <br> Benjamin J. Sweet, Esq. <br> 1145 Bower Hill Road, Suite 104 <br> Pittsburgh, Pennsylvania 15243 <br> Telephone: (412) 857-5350 | By*:  /s/ Michael Pasley* <br> Michael Pasley <br> 4710 W. Knights Ave <br> Tampa, FL 33611 <br> Telephone: (518) 878-3464 |
| *Attorneys for Plaintiff* | *On Behalf of Idea Nest, LLC* |

-3-

## **CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 15th day of April, 2022.

                                                  */s/ Benjamin J. Sweet*
                                                    Benjamin J. Sweet