# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREDERICKA NELLON AND JARED CHARLAP,<br><br>              Plaintiffs,<br><br>   v.<br><br>NUTTZO LLC,<br><br>              Defendant. | Civil Action No. 2:21-cv-1745<br><br>Lead Case |

## NOTICE OF SETTLEMENT

      Plaintiffs, Fredericka Nellon and Jared Charlap, hereby advise this Honorable Court that they have reached an agreement in principle with Defendant Nuttzo LLC. The parties are finalizing the settlement documents and expect to file a dismissal within thirty days.

| | |
|---|---|
| Dated: April 16, 2022 | Respectfully submitted,<br><br>*/s/ Benjamin J. Sweet*<br>Benjamin J. Sweet<br>NYE, STIRLING, HALE & MILLER, LLP<br>1145 Bower Hill Road, Suite 104<br>Pittsburgh, Pennsylvania 15243<br>ben@nshmlaw.com<br><br>*Attorneys for Plaintiffs* |

## **CERTIFICATE OF SERVICE**

     I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 16th day of April, 2022.

                                                                                     */s/ Benjamin J. Sweet*
                                                                                       Benjamin J. Sweet