IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREDERICKA NELLON AND JARED CHARLAP,<br><br>Plaintiffs,<br><br>v.<br><br>NUTTZO, LLC,<br><br>Defendant. | Civil Action No. 21-cv-1745<br>LEAD CASE |
| KAREN CLARK and ANTOINETTE SUCHENKO,<br><br>Plaintiffs,<br><br>v.<br><br>ANCIENT NURTITION, LLC,<br><br>Defendant. | Civil Action No. 21-cv-347<br>MEMBER CASE |

**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT**

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiffs KAREN CLARK and ANTOINETTE SUCHENKO ("Plaintiffs") hereby requests that the Clerk of the above-entitled Court enter default in this matter against Defendant, ANCIENT NUTRITION, on the ground that Defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiffs served the complaint on Defendant on January 11th, 2022, as evidenced by the Summons – Returned Executed on file with this Court. [Dkt. 15.]

The above stated facts are set forth in the accompanying declaration of Benjamin Sweet.                                                                                                   [*SIGNATURES BELOW*]

CLERK'S ENTRY OF DEFAULT

Date: 4/19/2022

*Ericka Torain*
Docket Clerk

*Joshua C. Lewis*
Joshua C. Lewis

Dated: April 18, 2022                                  Respectfully Submitted,

<div style="margin-left: 40%;">

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet
NYE, STIRLING, HALE & MILLER, LLP
1145 Bower Hill Road, Suite 104
Pittsburgh, PA 15243
Phone: 412-857-5350
ben@nshmlaw.com

*Attorneys for Plaintiffs*

</div>

2

## CERTIFICATE OF SERVICE

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 18th day of April, 2022.

                                                          */s/ Benjamin J. Sweet*
                                                         Benjamin J. Sweet