## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREDERICKA NELLON AND JARED CHARLAP,<br><br>    Plaintiffs,<br><br> v.<br><br>NUTTZO LLC,<br><br>    Defendant. | Civil Action No. 21-cv-1745<br><br>Lead Case |
| JARED CHARLAP AND DOMINICK PETRILLO,<br>    Plaintiffs,<br><br> v.<br><br>LOUD AUDIO, LLC dba MACKIE,<br><br>    Defendant. | Civil Action No.: 21-cv-1785<br><br>Member Case |

## **NOTICE OF SETTLEMENT**

Plaintiffs, Jared Charlap and Dominick Petrillo, through undersigned counsel, hereby advise this Honorable Court that they have reached an agreement in principle with Defendant Loud Audio, LLC dba Mackie. The parties are finalizing the settlement documents and expect to file a dismissal within thirty days.

Dated: May 23, 2022    Respectfully submitted,

            */s/ Benjamin J. Sweet*
            Benjamin J. Sweet, Esq.
            NYE, STIRLING, HALE & MILLER, LLP
            1145 Bower Hill Road, Suite 104
            Pittsburgh, Pennsylvania 15243

            *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

    I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 23rd day of May, 2022.

                                                                     */s/ Benjamin J. Sweet*
                                                                          Benjamin J. Sweet