## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREDERICKA NELLON AND JARED CHARLAP,<br><br>               Plaintiffs,<br><br>     v.<br><br>NUTTZO, LLC,<br><br>               Defendant. | Civil Action No. 2:21-cv-1745 |
| PARADISE MORGAN AND KAREN CLARK,<br><br>               Plaintiffs,<br><br>     v.<br><br>VIOLET GREY, INC.<br><br>               Defendant. | Civil Action No. 1:21-cv-339 |

## NOTICE OF SETTLEMENT

       Plaintiffs Paradise Morgan and Karen Clark hereby advise this Honorable Court that they have reached an agreement in principle with Defendant Violet Grey, Inc. The parties are finalizing settlement documents and expect to file a stipulation of dismissal within thirty days.

Dated: May 26, 2022               Respectfully Submitted,

                           */s/ Benjamin J. Sweet*
                           Benjamin J. Sweet
                           ben@nshmlaw.com
                           **NYE, STIRLING, HALE & MILLER, LLP**
                           1145 Bower Hill Road, Suite 104
                           Pittsburgh, Pennsylvania 15243
                           Phone: (412) 857-5350

                           *Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 26th day of May, 2022.

  */s/ Benjamin J. Sweet*
  Benjamin J. Sweet