IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREDERICKA NELLON AND JARED CHARLAP,<br><br>    Plaintiffs,<br><br> v.<br><br>NUTTZO LLC,<br><br>    Defendant. | Civil Action No. 21-cv-1745<br><br>Lead Case |
| KAREN CLARK AND ANTOINETTE SUCHENKO,<br><br>    Plaintiffs,<br><br> v.<br><br>ANCIENT NUTRITION, LLC,<br><br>    Defendant. | Civil Action No.: 21-cv-00347<br><br>Member Case |

## NOTICE OF SETTLEMENT

Plaintiffs, Karen Clark and Antoinette Suchenko, through undersigned counsel, hereby advise this Honorable Court that they have reached an agreement in principle with Defendant Ancient Nutrition, LLC. The parties are finalizing the settlement documents and expect to file a dismissal within thirty days.

Dated: May 31, 2022    Respectfully submitted,

            */s/ Benjamin J. Sweet*
            Benjamin J. Sweet, Esq.
            NYE, STIRLING, HALE & MILLER, LLP
            1145 Bower Hill Road, Suite 104
            Pittsburgh, Pennsylvania 15243

            *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

     I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 31st day of May 2022.

                                                                            */s/ Benjamin J. Sweet*
                                                                                 Benjamin J. Sweet