IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREDERICKA NELLON and JARED CHARLAP,<br><br>            Plaintiffs,<br><br>v.<br><br>NUTTZO LLC,<br><br>            Defendant. | Civil Action No. 21-cv-1745<br><br>LEAD CASE |
| MARK GROSS and TOM BROWN,<br><br>            Plaintiffs,<br><br>    v.<br><br>QUALLIS BRANDS, LLC dba SCOTCH PORTER,<br><br>            Defendant. | Civil Action No. 21-CV-1779<br><br>MEMBER CASE |

**NOTICE OF SETTLEMENT**

Plaintiffs Mark Gross and Tom Brown hereby advise this Honorable Court that they have reached an agreement in principle with Defendant Quallis Brands, LLC. The parties are finalizing the settlement documents and expect to file a dismissal within thirty days.

Date: May 31, 2022                                         NYE, STIRLING, HALE & MILLER, LLP

                                                                        By:   */s/ Benjamin J. Sweet*
                                                                        Benjamin J. Sweet
                                                                        ben@nshmlaw.com
                                                                        1145 Bower Hill Road, Suite 104
                                                                        Pittsburgh, Pennsylvania 15243
                                                                        Phone: (412) 857-5350

## **CERTIFICATE OF SERVICE**

    I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 31st day of May, 2022.

                                                      */s/ Benjamin J. Sweet*
                                                      Benjamin J. Sweet