UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREDERICKA NELLON AND JARED CHARLAP,<br>　　　　*Plaintiffs*,<br>　　v.<br>NUTTZO, LLC,<br>　　　　*Defendant*. | Civil Action No. 2:21-cv-1745<br>LEAD CASE |
| PARADISE MORGAN AND KAREN CLARK,<br>　　　　*Plaintiffs*,<br>　　v.<br>VIOLET GREY, INC.<br>　　　　*Defendant*. | Civil Action No. 1:21-cv-339<br>MEMBER CASE |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Paradise Morgan and Karen Clark and Defendant Violet Grey, Inc., through counsel, hereby stipulate to the voluntary dismissal with prejudice of this action, with each party to bear her or its own fees, costs, and expenses.

Dated: 07/01/2022　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Benjamin J. Sweet
　　　　　　　　　　　　　　　　　　　　　　Benjamin J. Sweet
　　　　　　　　　　　　　　　　　　　　　　Nye, Stirling, Hale & Miller LLP
　　　　　　　　　　　　　　　　　　　　　　1145 Bower Hill Road, Suite 104
　　　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15243

　　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs Paradise Morgan and Karen Clark*

## CERTIFICATE OF SERVICE

      I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 1st day of July, 2022

                                                                 */s/ Benjamin J. Sweet*
                                                                   Benjamin J. Sweet