IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREDERICKA NELLON,<br><br>               Plaintiff,<br><br>v.<br><br>NUTTZO LLC<br><br>               Defendant. | Lead Case No. 2:21-cv-01745-AJS |
| CHRISTELLA GARCIA and KAREN CLARK,<br><br>               Plaintiffs,<br><br>v.<br><br>AUDIX CORPORATION<br><br>               Defendant. | Member Case No. 1:21-cv-00332-AJS |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby agree and stipulate that this action shall be dismissed with prejudice.

Respectfully submitted,

| | |
|---|---|
| NYE, STIRLING, HALE & MILLER, LLP | DENTONS COHEN & GRIGSBY P.C. |
| By: */s/Benjamin J. Sweet* | By: /s/ *Lucy E. Hill* |
| Benjamin J. Sweet | Lucy E. Hill (Pa. I.D. 323731) |
| ben@nshmlaw.com | lucy.hill@dentons.com |
| 145 Bower Hill Road, Suite 104 | |
| Pittsburgh, Pennsylvania 15243 | 625 Liberty Avenue – 5th Floor |
| Phone: (412) 857-5350 | Pittsburgh, PA 15222-3152 |
| *Counsel for Plaintiffs* | Ph: (412) 297-4900 / Fax: (412) 209-0672 |
| | *Counsel for Defendants, Audix, LLC* |
| Dated: August 11, 2022 | *(formerly Audix Corporation) and Vitec Imaging Distribution, Inc.* |

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Stipulation of Dismissal with Prejudice was filed electronically on August 11, 2022.  Notice of this filing will be sent to the parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.



                                                    */s/ Lucy E. Hill*