IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREDERICKA NELLON and JARED CHARLAP,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>NUTTZO LLC,<br><br><br>　　　　　Defendant. | Civil Action No. 21-cv-1745<br><br>LEAD CASE |
| TOM BROWN and ERNEST MCCULLOUGH,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>CHICAGO MUSIC EXCHANGE, LLC<br><br>　　　　　Defendant. | Civil Action No. 21-cv-1749<br><br>MEMBER CASE |

## **NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)**

　　　1.　　Whereas Plaintiffs Tom Brown and Ernest McCullough filed the above-referenced case against Defendant Chicago Music Exchange, LLC, on December 1, 2021.

　　　2.　　Whereas Defendant has not yet answered Plaintiffs' complaint, and thus dismissal is appropriate without court order, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i).

　　　3.　　Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiffs hereby dismiss the complaint with prejudice.

　　　Dated: August 15, 2022　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　*/s/ Benjamin J. Sweet*

                              Benjamin J. Sweet
                              NYE, STIRLING, HALE & MILLER, LLP
                              1145 Bower Hill Road, Suite 104
                              Pittsburgh, PA 15243
                              Phone: 412-857-5350
                              ben@nshmlaw.com

                              *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 15th day of August, 2022.

                                      */s/ Benjamin J. Sweet*
                                      Benjamin J. Sweet