IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FREDERICKA NELLON and JARED CHARLAP,<br><br>                Plaintiffs,<br><br>v.<br><br>NUTTZO LLC,<br><br><br>                Defendant. | Civil Action No. 21-cv-1745<br><br>LEAD CASE |
| MARK GROSS and TOM BROWN,<br><br>                Plaintiffs,<br><br>   v.<br><br>LIFEAID BEVERAGE CO.,<br><br>                Defendant. | Civil Action No. 21-cv-1760<br><br>MEMBER CASE |

**NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)**

1. Whereas Plaintiffs Mark Gross and Tom Brown filed the above-referenced case against Defendant LifeAid Beverage Co. on December 2, 2021.

2. Whereas Defendant has not yet answered Plaintiff's complaint, and thus dismissal is appropriate without court order, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i).

3. Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff hereby dismisses the complaint, without prejudice.

Dated: September 16, 2022            Respectfully Submitted,

                                     */s/ Benjamin J. Sweet*

Benjamin J. Sweet
NYE, STIRLING, HALE & MILLER, LLP
1145 Bower Hill Road, Suite 104
Pittsburgh, PA 15243
Phone: 412-857-5350
ben@nshmlaw.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 16th day of September, 2022.

                                             */s/ Benjamin J. Sweet*
                                              Benjamin J. Sweet